# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147636(62)

In re K. FARRIS, Minor.

SC: 147636
COA: 311967
Antrim CC Family Division:
10-005512-NA

_____/

On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing his brief on appeal is GRANTED. The brief will be accepted as timely filed if received on or before December 1, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



Clerk